**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:16CR102** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **PABLO TAPIA-BORJAS,** | ) | **ORDER** |
| **SERGIO IRIBE-PARRA,** | ) | |
| **MANUEL CASTRO-MESA,** | ) | |
| | | |
| **Defendants.** | | |


This matter is before the court defendant Pablo Tapia-Borjas' Motion to Continue Trial [65].  Counsel needs additional time to conduct review discovery and  explore plea negotiations.  The defendant shall comply with NECrimR 12.1(a).  For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [65] is granted, as follows:

1.  The jury trial, **for all defendants**, now set for August 9, 2016 is continued to **September 13, 2016.**

2.  Defendant is ordered to file a waiver of speedy trial as soon as practicable.

3.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 13, 2016**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED August 2, 2016.**

**BY THE COURT:**

**s/ F.A. Gossett, III
United States Magistrate Judge**