## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:16CR102 |
| vs. | ) | |
| PABLO TAPIA-BORJA and SERGIO IRIBE-PARRA, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on defendant Sergio Iribe-Parra's Motion to Continue Trial [76] and defendant Pablo Tapia-Borjas' Motion to Continue Trial [77]. Counsel needs additional time to review discovery matterial and explore plea negotiations. The defendant, Pablo Tapia-Borjas, has complied with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [76] and [77] are granted as follows:

1. The jury trial now set for September 13, 2016 is continued to **November 1, 2016.**

2. Defendant Sergio Iribe-Parra is ordered to file a waiver of speedy trial as soon as practicable.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 1, 2016**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED September 7, 2016.

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**