# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>PABLO TAPIA-BORJAS, SERGIO IRIBE-PARRA, MANUEL CASTRO-MESA, VICTOR GAXIOLA-RIOS, and GIOVANNY NAVA,<br><br>　　　　Defendants. | 8:16CR102<br><br>FINAL ORDER OF FORFEITURE |

This matter is before the Court upon the United States' Motion for Final Order of Forfeiture, ECF No. 174. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On April 10, 2017, the Court entered an Amended Preliminary Order of Forfeiture, ECF No. 153, pursuant to the provisions of Title 21, United States Code, Sections 846 and 853 based upon all of the Defendants' pleas of guilty to Counts I and V and the Forfeiture Allegation of the Indictment filed herein. Count I charged the Defendants with distributing and possessing with intent to distribute Schedule II controlled substances. Count V charged the Defendants with knowingly and intentionally combining, conspiring, confederating, and agreeing together, and with other persons, to commit offenses and disguising the nature, location, source, ownership and control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew the property involved in the financial transactions represented the proceeds of some form of unlawful

activity. By way of said Amended Preliminary Order of Forfeiture, the Defendants' interests in $237,000.00 and $17,020.00 in United States currency were forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, [www.forfeiture.gov](www.forfeiture.gov), for at least thirty consecutive days, beginning on April 6, 2017, and June 13, 2017, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The Declarations of Publication were filed herein on August 8, 2017 (Filing No. 173).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be granted.

Accordingly,

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture, ECF No. 174, is granted.

B. All right, title and interest in and to the $237,000.00 and $17,020.00 in United States currency held by any person or entity are hereby forever barred and foreclosed.

C. The $237,000.00 and $17,020.00 in United States currency be, and the same hereby is, forfeited to the United States of America.

D. The United States is directed to dispose of said property in accordance with law.

Dated this 18th day of September, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge